2024-2226

**United States Court of Appeals
For the Federal Circuit**

**VDPP, LLC,**

*Plaintiff-Appellant*

**v.**

**VOLKSWAGEN GROUP OF AMERICA, INC.,**

*Defendants-Appellee*

Appeal from the United States District Court for the Southern District of
Texas in Case No. 4:23-cv-02961
Judge Lee H. Rosenthal

**EMERGENCY NOTICE OF DEVELOPMENTS BEARING ON
WILLIAM P. RAMEY AND VDPP'S REQUEST FOR ALTERNATE BOND
AND TO STAY DISCOVERY**

Attorneys for Appellants:

Ramey LLP

/s/ William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643
wramey@rameyfirm.com
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923

i

# CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rule 47.4(a) and Federal Rule of Appellate Procedure 26.1, counsel for Appellant VDPP, LLC ("VDPP") certifies the following:

1. The full name of every party represented by the undersigned is VDPP, LLC.

2. The real party in interest is VDPP, LLC.

3. VDPP, LLC has no parent company and there is no publicly held corporation that owns 10% or more of the stock of the corporation.

4. The names of all law firms and the partners or associates that appeared for VDPP, LLC in the district court or are expected to appear in this Court are:

William P. Ramey, III of Ramey LLP

Jeffrey E. Kubiak of Ramey LLP (not expected to appear)

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. See Fed. Cir. R. 47. 4(a)(5) and 47.5(b).

None.

6. Organizational victims and bankruptcy cases.

None.

Date: November 19, 2024

/s/ William P. Ramey, III
William P. Ramey, III

VDPP, LLC ("VDPP") and William P. Ramey, III ("Ramey") collectively Appellants respectfully inform the Court that the equities requiring action are shifting in William P. Ramey, III and VDPP's favor as they required to answer post-judgment discovery this day and are being deposed on November 26, 2024. William P. Ramey, III and VDPP request this Court rule on the motion and accept alternate bond or stay discovery until December 23, 2024.

Respectfully submitted,

Ramey LLP

/s/ William P. Ramey, III
William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
713-426-3923 (Telephone)

***Attorneys For VDPP, LLC***

1

## CERTIFICATE OF COMPLIANCE

I certify that this Motion is proportionately spaced and contains 71 words excluding parts of the document exempted by Federal Circuit Rule 27(d).

/s/ William P. Ramey, III
William P. Ramey, III

## STATEMENT OF CONSENT OR OPPOSITION PER FED. CIR R. 27(A)(5)

Counsel for Appellant emailed counsel for Appellees on November 2, 2024, and received a response on November 4, 2024 that they are opposed to requested relief. Appellees were likewise opposed to the same for relief at the District Court.

/s/ William P. Ramey, III
William P. Ramey, III

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of November 19, 2024, with a copy of the foregoing via e-mail.

/s/ William P. Ramey, III
William P. Ramey, III